United States District Court
for the District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 FEB 16 PM 3:10

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Kelly Sennholz
Jerroll Sanders
　　Petitioners, Pro Se

v

Joseph Biden, President
　of U.S. Senate (114th Congress)
Members of the U.S. House
　of Representatives (114th
　Congress)
Members of the U.S. Senate
　(114th Congress)
President Elect Donald J. Trump
Vice President Elect Mike Pence
Director, US Office of Personelle
　Management (OPM)
　　Respondents

Case No

17CV 00048

RBJ

Motion to Remove Petitioner from
Case and appeal.

Kelly Sennholz requests to be removed
from this case and any associated appeals.

_Kelly Sennholz_  Feb 15, 2017
Kelly Sennholz    date